**Shelly H. Cozakos, ISB No. 5374**
**PICKENS COZAKOS, P.A.**
398 S. 9th Street, Suite 240
P.O. Box 915
Boise, Idaho 83701-0915
Telephone: (208) 954-5090
Facsimile: (208) 954-5099
shelly@pickenslawboise.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| RANDI ALLRED, an individual, | CIVIL ACTION NO.: 1:17-cv-483-BLW |
| Plaintiff, | AFFIDAVIT OF SERVICE- |
| v. | SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL |
| HOME DEPOT USA, INC., dba THE HOME DEPOT, | |
| Defendant. | |

STATE OF IDAHO     )
                                ) ss.
COUNTY OF ADA  )

WENDY R. ALEXANDER, after being first duly sworn, deposes and says:

AFFIDAVIT OF SERVICE – SUMMONS AND COMPLAINT                    Page 1 of 2

1. I am a citizen of the United States and a resident of the State of Idaho, over the age of 18 years.

2. I am not a party of this action.

3. I served the foregoing documents by leaving and delivering a true and correct *Summons in a Civil Action and Complaint and Demand for Jury Trial* with Megan Dickson, a person over the age of 18 and authorized to receive service for Corporation Service Company, Registered Agent for The Home Depot, at 12550 W. Explorer Dr., Suite 100, Boise, Idaho 83713, place of employment for Megan Dickson.

4. Service was completed on November 28th, 2017 at 3:40 P.M.

_____
WENDY R. ALEXANDER

On November 29th 2017 before me, Adrian S Boren, Notary Public, personally appeared, Wendy R. Alexander, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

*SEAL 

NOTARY PUBLIC FOR STATE OF IDAHO
Residing at: Boise, ID
My Commission Expires: 14 August 2023

AFFIDAVIT OF SERVICE – SUMMONS AND COMPLAINT                Page 2 of 2