# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RANDI ALLRED,<br><br>　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT USA, INC, d.b.a. THE HOME DEPOT,<br><br>　　Defendant. | Case No. 1:17-cv-00483-BLW<br><br>ORDER |

## INTRODUCTION

The Court currently has before it Defendant's Motion for Entry of Protective Order Precluding the 30(b)(6) Deposition of Home Depot (Dkt. 29); Plaintiff's Motion to Compel the Continued Deposition of Josh Hazlett, to Extend the Deadline for Discovery, and for Sanctions (Dkt. 31); Plaintiff's Amended Motion to Compel the Continued Deposition of Josh Hazlett, to Extend the Deadline for Discovery, and for Sanctions (Dkt. 32); and the Parties' Joint Motion for Modification of Case Management Order to Extend the Dispositive Motion Deadline (Dkt. 50). The Court previously GRANTED IN PART Plaintiff's Amended Motion to Compel and ordered the continued deposition of Josh Hazlett as well as an extension of the discovery deadline to November 29, 2018 (Dkt. 44).

## ORDER

In accordance with the hearing held before the Court on September 27, 2018, the Court hereby **ORDERS**:

1. Defendant's Motion for Entry of Protective Order Precluding the 30(b)(6) Deposition of Home Depot (Dkt. 29) is **DENIED AS MOOT**;

2. Plaintiff's Motion to Compel the Continued Deposition of Josh Hazlett, to Extend the Deadline for Discovery, and for Sanctions (Dkt. 31) is **DENIED AS MOOT**;

3. Plaintiff's Amended Motion to Compel the Continued Deposition of Josh Hazlett, to Extend the Deadline for Discovery, and for Sanctions (Dkt. 32) is **GRANTED IN PART** with respect to its request for sanctions. Defendant's Counsel, Fortis Law Partners LLC, is to pay Plaintiff's Counsel, Pickens Cozakos, PA, Two Thousand and Seventy-Eight Dollars ($2078.00) pursuant to Federal Rules of Civil Procedure 37(d)(3) and 37(b)(2)(A)(i-vii);

4. The Parties' Joint Motion for Modification of Case Management Order to Extend the Dispositive Motion Deadline (Dkt. 50) is hereby **GRANTED IN PART** and **DENIED IN PART**. The Court will vacate the dispositive motion deadline of September 28, 2018. However, the Court will review and decide the merits of Plaintiff's Renewed Motion for Leave to Amend the Complaint (Dkt. 41) before setting a new dispositive motion deadline. Within one week of the Court's entry of its decision on Plaintiff's Renewed Motion, the Parties are to propose a new dispositive motion deadline keeping in mind the Court's admonition that this case be speedily moved towards trial or settlement;

5. The Court may, depending on its decision regarding Plaintiff's Renewed Motion for Leave to Amend the Complaint (Dkt. 41), further extend the discovery deadline. If the Court decides the Motion in Plaintiff's favor, the Parties are to propose a new discovery deadline within one week of the Court's entry of decision.

DATED: October 1, 2018

B. Lynn Winmill
Chief U.S. District Court Judge